**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR73 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EUGENIO CAMACHO-PARRAL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant Eugenio Camacho-Parral's motion to compel (Filing No. 33). The court held a telephone conference with counsel on April 22, 2008. Bassel El-Kasaby represented Camacho-Parral and Assistant U.S. Attorney Kimberly C. Bunjer represented the United States. Following as discussion with counsel, counsel for the government agreed to provide the items set forth in Camacho-Parral's motion. The motion will be deemed moot. However,

**IT IS ORDERED:**

1. The government shall provide counsel for Camacho-Parral the items set forth in his motion to compel (Filing No. 33) **on or before April 29, 2008.**

2. Camacho-Parral shall have to **on or before May 20, 2008**, in which to file any pretrial motions in this matter.

3. The ends of justice have been served by granting such additional time and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting such time, i.e., the time between **April 22, 2008 and May 20, 2008**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 22nd day of April, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge